PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Sullivan, Patrick Lee          Docket No.     0980 2:15CR00044-JLQ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Patrick Lee Sullivan, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 27th day of October 2015 under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant was cited for third degree driving while license suspended and operating a motor vehicle without insurance on February 8, 2016.

**Violation #2**: Mr. Sullivan failed to report law enforcement contact within one business day.

### PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 10, 2016

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

## THE COURT ORDERS
[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge

Signature of Judicial Officer

3/10/16
Date