PROB 12C
(6/16)

Report Date: April 13, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 6 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patrick Lee Sullivan          Case Number: 0980 2:15CR00044-JLQ-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: April 21, 2016

Original Offense:        Making False Claims Against the United States, 18 U.S.C. § 287

Original Sentence:       Probation - 60 months            Type of Supervision: Probation

Asst. U.S. Attorney:     Earl Hicks                       Date Supervision Commenced: April 21, 2016

Defense Attorney:        Federal Defenders Office         Date Supervision Expires: April 20, 2021

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On April 29, 2016, Patrick Sullivan signed his judgment for case number 2:15CR00044-JLQ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.<br><br>Patrick Sullivan violated the terms of his supervised release by being arrested for violation of a no contact order on April 11, 2018.<br><br>Patrick Sullivan was arrested on April 11, 2018, after his ex-girlfriend notified police he had left her numerous voice messages on her cellular phone. Spokane police contacted Mr. Sullivan at his motel room and confirmed he had in fact placed telephone calls to the protected person in violation of the no contact order filed on February 12, 2018. |

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Sullivan, Patrick Lee
April 13, 2018
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/13/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/16/18

Date