PROB 12C
(6/16)

Report Date: July 15, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Patrick Lee Sullivan | Case Number: 0980 2:15CR00044-JLQ-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: April 21, 2016

| | |
|---|---|
| Original Offense: | Making False Claim Against the United States, 18 U.S.C. § 287 |
| Original Sentence: | Probation - 60 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Probation
Date Supervision Commenced: April 21, 2016
Date Supervision Expires: April 20, 2021

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**:  Patrick Sullivan violated the terms of his probation by violating a no contact order on July 14, 2019.

Patrick Sullivan was arrested on July 14, 2019, after his ex-girlfriend called police after Mr. Sullivan had entered her residence, in violation of an active no contact order.  Mr. Sullivan had left the residence prior to the police arriving at the location.  Spokane police were able to locate Mr. Sullivan at his apartment later that evening and placed him under arrest for felony violation of a protection order. It should be noted, Mr. Sullivan was read his constitutional rights after his arrest. Mr. Sullivan waived his rights and admitted to violating the no contact order by entering the residence of the protected person through the back door. Mr. Sullivan also stated he was not invited to the residence.

On April 29, 2016, Patrick Sullivan signed his judgment for case number 2:15CR00044-JLQ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.

Prob12C
Re: Sullivan, Patrick Lee
July 15, 2019
Page 2

2     **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Patrick Sullivan violated the terms of his probation by being arrested for first degree burglary on July 14, 2019.

Patrick Sullivan was arrested on July 14, 2019, after his ex-girlfriend called police because he had entered her residence through the back door. She stated she had not invited Mr. Sullivan to her residence and there was an active no contact order prohibiting Mr. Sullivan from contacting her. Spokane police made contact with the victim and she stated Mr. Sullivan walked in through the back door of her residence. They had a conversation that turned confrontational. She asked Mr. Sullivan to leave and as he was walking away, she stated Mr. Sullivan threw an ax at her. She stated the ax narrowly missed her, bouncing on the stairs in front of her and landing on her foot. Mr. Sullivan then got in his vehicle and left the area.

Spokane police read Mr. Sullivan his constitutional rights after his arrest. Mr. Sullivan waived his rights and admitted to entering the residence of the protected person through the back door. Mr. Sullivan also stated he was not invited to the residence and he admitted to throwing the ax, but stated it was not directed at the victim.

On April 29, 2016, Patrick Sullivan signed his judgment for case number 2:15CR00044-JLQ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.

3     **Special Condition # 18**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Patrick Sullivan violated the terms of his probation by failing to obtain a substance abuse evaluation as directed since on or about May 10, 2019.

Patrick Sullivan was directed to obtain a substance abuse evaluation after he tested positive for cocaine in April 2019. As of the date of this report, Mr. Sullivan has failed to obtain a substance abuse evaluation.

On April 29, 2016, Patrick Sullivan signed his judgment for case number 2:15CR00044-JLQ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer that he must obtain a substance abuse evaluation and follow all recommended treatment.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C  
**Re: Sullivan, Patrick Lee**  
**July 15, 2019**  
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  7/15/2019

s/Patrick J. Dennis

Patrick J. Dennis  
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Other

Signature of Judicial Officer

7/15/2019

Date