PROB 12C
(6/16)

Report Date: November 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patrick Lee Sullivan                    Case Number: 0980 2:15CR00044-WFN-1

Address of Offender:                    Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 21, 2016

| | | |
|---|---|---|
| Original Offense: | Making False Claim Against the United States, 18 U.S.C. § 287 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:
(June 17, 2020) | Prison - 1 day;
TSR - 24 months | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: June 16, 2020 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: June 15, 2022 |

## PETITIONING THE COURT

**To issue a SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Sullivan violated the above-stated condition of supervision by failing to report for scheduled urinalysis (UA) testing on September 15, 2020. This was confirmed by Pioneer Human Services UA attendance roster. Additionally, Mr. Sullivan verbally admitted to his supervising officer he "forgot to call." |
| | On April 29, 2020, Patrick Sullivan signed his conditions of supervision relative to case number 2:15CR00044-JLQ-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer of the condition of reporting in a manner and frequency as directed and to submit to urinalysis (UA) testing as directed. |

Prob12C
Re: Sullivan, Patrick Lee
November 2, 2020
Page 2

On July 17, 2020, Mr. Sullivan was placed on random urine testing with Pioneer Human Services and required to provide a sample when his assigned color was called.

2     **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Sullivan violated special condition #5 by failing to provide a urine sample as directed. Specifically, on October 8, 2020, the undersigned officer received Pioneer Human Services UA attendance roster indicating that on that date, Mr. Sullivan provided a "stall" sample due to not following testing protocol. Mr. Sullivan removed himself from the facility before submitting a urine sample. Mr. Sullivan reported to his supervising officer, "he stepped out for a phone call and wasn't allowed to provide a sample upon his return."

On April 29, 2020, Patrick Sullivan signed his conditions of supervision relative to case number 2:15CR00044-JLQ-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer of the condition of reporting in a manner and frequency as directed and to submit to urinalysis (UA) testing as directed.

On July 17, 2020, Mr. Sullivan was placed on random urine testing with Pioneer Human Services and required to provide a sample when his assigned color was called.

3     **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Sullivan attempted to provide a substituted urine specimen on October 23, 2020. Specifically, on October 23, 2020, the undersigned officer received Pioneer Human Services UA attendance roster indicating Mr. Sullivan had provided a "tampered" sample. Mr. Sullivan's sample registered a temperature reading of 81 degrees, falling outside of the range between 90 – 100 degrees. Mr. Sullivan verbally admitted to using previously collected urine stored in a zip lock bag.

On April 29, 2020, Patrick Sullivan signed his conditions of supervision relative to case number 2:15CR00044-JLQ-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer of the condition of reporting in a manner and frequency as directed and to submit to urinalysis (UA) testing as directed.

On July 17, 2020, Mr. Sullivan was placed on random urine testing with Pioneer Human Services and required to provide a sample when his assigned color was called.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Sullivan, Patrick Lee**
**November 2, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/02/2020

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/02/2020
Date