PROB 12C
(6/16)

Report Date: February 4, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Patrick Lee Sullivan | Case Number: 0980 2:15CR00044-WFN-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 21, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Making False Claim Against the United States, 18 U.S.C. § 287 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (June 17, 2020) | Prison - 1 day; TSR - 24 months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: June 16, 2020 | |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: June 15, 2022 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/02/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Sullivan violated special condition number 5 by failing to abstain from the use of illegal controlled substances on or about January 14, 2021. |
| | On October 8, 2020, Mr. Sullivan enrolled in outpatient services with New Horizon Care Centers and is required to submit urine samples on a random basis. On February 2, 2021, the undersigned officer received a progress report regarding Mr. Sullivan's status. The progress report furnished by his counselor noted he is in noncompliant status. Specifically, on January 14, 2021, Mr. Sullivan provided a sample which tested positive for methamphetamine. When the counselor addressed this positive sample with him, Mr. Sullivan attributed his use of methamphetamine to a process addiction. |

Prob12C
Re: Sullivan, Patrick Lee
February 4, 2021
Page 2

On April 29, 2020, Patrick Sullivan signed his conditions of supervision relative to case number 2:15CR00044-WFN-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer he must abstain from the use of illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 4, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

2/4/2021

Date