PROB 12C
(6/16)

Report Date: April 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patrick Lee Sullivan                Case Number: 0980 2:15CR00044-WFN-1

Address of Offender:                    , Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 21, 2016

Original Offense:         Making False Claim Against the United States, 18 U.S.C. § 287

Original Sentence:        Probation - 60 months          Type of Supervision: Supervised Release

Revocation Sentence:      Prison - 1 day
(June 17, 2020)           TSR - 24 months

Asst. U.S. Attorney:      Earl Hicks                     Date Supervision Commenced: June 16, 2020

Defense Attorney:         Francisco Carriedo             Date Supervision Expires: June 15, 2022

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/02/2020, and 02/04/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On April 14, 2021, Mr. Sullivan allegedly violated special condition number 5 by failing to abstain from the use of a controlled substance, methamphetamine.

On April 29, 2021, Patrick Sullivan signed his conditions of supervision relative to case number 2:15CR00044-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Sullivan was made aware by his U.S. probation officer he must abstain from the use of illegal controlled substances.

On April 14, 2021, Mr. Sullivan was directed to report to the U.S. Probation Office to supply a urine sample. When Mr. Sullivan began to supply a urine sample, a white elastic strap was noticed around his waist. The undersigned officer questioned the purpose of the strap and

Prob12C
Re: Sullivan, Patrick Lee
April 15, 2021
Page 2

Mr. Sullivan stated it was part of his underwear. It was very obvious to this officer that the elastic strap was not part of his underwear.

The undersigned stopped the collection of the specimen and informed Mr. Sullivan that the supervisory U.S. probation officer (SUSPO) would also be viewing the urine collection. This was due to the concern the offender may have been using a device to falsify his urine test.

Mr. Sullivan was asked numerous times to be honest about wearing a device to falsify his urine test. Mr. Sullivan continued to say he was not falsifying the urine test and was not wearing a device.

The undersigned asked Mr. Sullivan to lift up his shirt to view the waistband in question. When he did, the waistband was gone. The undersigned received information from the front office clerk observed Mr. Sullivan shove a waistband in the cushions of a chair located in the probation lobby. A white elastic waistband was found in the seat cushions where Mr. Sullivan had been sitting. He had no good excuse as to why he took it off and shoved it in the seat cushion.

Once again, Mr. Sullivan was given an opportunity to be honest and he continued to say he was not wearing a device. Mr. Sullivan was instructed to remain in the lobby until a valid sample could be obtained.

After roughly 1 hour, Mr. Sullivan was instructed to supply another urine sample. He was again provided an opportunity to be honest with this officer. He continued to deny wearing a device and said the urine sample would be negative for all non-prescribed drugs. When attempting to provide the sample, a container of urine, with a tube coming out of it, was located in his underwear. He was directed to relinquish the device and to explain what it was.

At that time the offender disclosed the item in question was a device used to falsify his urine test and he had used methamphetamine approximately 3 days prior. He signed a drug use admission form reflecting this use.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/15/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
Re: Sullivan, Patrick Lee
April 15, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_4/15/2021_____
Date